UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| DWIGHT JOHNSON,<br><br>Plaintiff,<br><br>vs.<br><br>DTE ENERGY CORPORATE SERVICES, LLC,<br><br>Defendant. | 2:20-CV-13415-TGB<br><br><br>ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL<br><br><br>HONORABLE<br>TERRENCE G. BERG |

The above matter having come before the Court on The Sigler Law Firm's Motion to Withdraw as Counsel for Plaintiff (ECF No. 26); the Court having reviewed the Motion, and being otherwise fully advised in the premises, **IT IS ORDERED:**

1. the Motion is granted.

2. **IT IS FURTHER ORDERED** that Attorney Safran shall immediately serve a copy of this Order on Plaintiff Dwight Johnson and file a proof of service with the Court that includes the Plaintiff's mailing address. The Court will terminate Plaintiff's Counsel's appearance after it receives proof of service.

3. **IT IS FURTHER ORDERED** that no later than **June 27, 2022** Dwight Johnson shall either (1) retain new counsel, who shall file a notice of appearance with the court; or (2) notify the Court <u>in writing to the address listed below</u> that he intends to proceed without counsel (*pro se*) and confirm his mailing address. <u>The Notice shall be submitted via postal mail addressed to the Office of the Clerk. Email submissions or other methods of notification are not sufficient and will not be accepted.</u>

United States District Court<br>
for the Eastern District of Michigan<br>
Office of the Clerk<br>
Theodore Levin United States Courthouse<br>
231 West Lafayette Blvd. – Room 564<br>
Detroit, MI 48226

Please be advised that failure to comply with any portion of this Order may result in dismissal of this action.

DATED this 25th day of May, 2022.

BY THE COURT:

/s/Terrence G. Berg  
TERRENCE G. BERG  
United States District Judge

Dated: May 25, 2022