UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| **DWIGHT JOHNSON**<br><br>Plaintiff,<br><br>vs.<br><br>**DTE ENERGY CORPORATE SERVICES, LLC. / DTE ELECTRIC COMPANY**<br><br>Defendant. | 2:20-CV-13415-TGB-EAS<br><br><br>**ORDER GRANTING VOLUNTARY DISMISSAL OF COMPLAINT** |

On July 11, 2022, this Court ordered that Plaintiff **SHOW CAUSE**, in writing, by July 18, 2022, why the above−entitled case should not be dismissed for failure to prosecute, pursuant to E.D. Mich. LR 41.2. ECF No. 31.

Plaintiff responded on July 18, 2022. ECF No. 32. Although the 76-page briefing is difficult to comprehend, it appears to the Court that Plaintiff seeks to voluntarily dismiss the case without prejudice.

Accordingly, **IT IS HEREBY ORDERED** that this case be dismissed without prejudice.

**IT IS SO ORDERED.**

2

Dated: August 26, 2022    s/Terrence G. Berg
                                                        TERRENCE G. BERG
                                                        UNITED STATES DISTRICT JUDGE